**Owens CORNING, petitioner, v. Patricia WRIGHT, et al.**

No. 12–301.

Feb. 19, 2013.

Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.